IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
ATAIN  SPECIALTY  INSURANCE   )
COMPANY,                      )
                              )
     Plaintiff,               )
                              )
v.                            )   CASE NO. CV420-320
                              )
ARIEL RANDALL and LACAS, LLC, )
                              )
     Defendants.              )
                              )
```

O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 38.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Because all parties have signed the stipulation of dismissal, the parties' request (Doc. 38) is **GRANTED**. Accordingly, at the parties' request, this action is **DISMISSED WITH PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of February 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Plaintiff's Motion for Summary Judgment and Motion to Strike are **DISMISSED AS MOOT**. (Docs. 19, 32.)